```
1  BRADLEY S. SCHRAGER, ESQ. (SBN 10217)
   DANIEL BRAVO, ESQ. (SBN 13078)
2  BRAVO SCHRAGER LLP
   6675 South Tenaya Way, Suite 200
3  Las Vegas, Nevada 89113
   Tele.: (702) 996-1724
4  Email: bradley@bravoschrager.com
   Email: daniel@bravoschrager.com
5  Attorneys for Movant
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| Eugene Glick, M.D., and Planned Parenthood of Washoe County, a non-profit Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Aaron Ford, in his capacity as Nevada Attorney General, et al.,<br><br>Defendants | Case No.: 3:85-cv-00331-ART-CSD<br><br>**MOTION FOR SUBSTITUTION AND TO BE DESIGNATED SUCCESSOR PLAINTIFF, PURSUANT TO FRCP 25(c)** |
|---|---|

In light of the motion (Dkt. #83) of Defendants Jason D. Woodbury, Carson City District Attorney, and Stephen B. Rye, Lyon County District Attorney, for relief from the Court's Judgment (Dkt #74) and the Clerk's Judgment in a Civil Case (Dkt #75), Planned Parenthood Mar Monte, Inc., makes motion to substitute and be designated successor Plaintiff in the present matter. This motion is based upon the memorandum of points & authorities below, all papers and exhibits on file herein, and any argument this Court sees fit to allow at hearing.

///

///

///

///

## MEMORANDUM OF POINTS & AUTHORITIES

As detailed in the motion for relief filed by Defendants Woodbury and Rye, Plaintiff Eugene Glick is deceased, and Plaintiff Planned Parenthood of Washoe County ("PPWC") is defunct. Pursuant to FRCP 25(c), movant Planned Parenthood Mar Monte, Inc. ("PPMM") seeks substitution and designation as Plaintiff in this matter, and agrees with Woodbury and Rye that PPMM's presence in the litigation is both proper and will facilitate the conduct of this important litigation. PPMM currently provides reproductive health care services across the region once served by PPWC, and there is a clear continuity of interest in this multi-decade litigation, as discussed by Defendants in Dkt. 83, 3-4. PPMM is a venerable organization serving the community with health care services affected by the injunction at issue in this matter, and will prosecute this matter with full recognition of its duties to assume the positions and litigation goals of the original Plaintiffs.

PPMM makes this motion to afford the numerous Defendants opportunity to be heard on the matter of its substitution and designation.

Furthermore, PPMM, as a new party to this litigation after almost forty years, and anticipating the eventual grant of the present motion, asks the Court to set a reasonable briefing schedule reflecting the age and duration of the case and the need for appropriate preparation to prosecute the action from this juncture. PPMM, therefore, requests **60 days** from the date of the order resolving this motion, after any responses and replies are submitted and the Court has occasion to consider the instant request, for the filing of a response to Dkt. 83. Thereafter, PPMM seeks the pleasure of the Court in setting further deadlines for submissions by parties.

/ / /

/ / /

/ / /

/ / /

PPMM asks the Court to grant the motion, to direct the clerk of the court to make the appropriate amendments to the caption to reflect its entry into the action, and to establish a briefing schedule as requested herein.

Dated this 31st day of January, 2024.

**BRAVO SCHRAGER LLP**

By  */s/ Bradley S. Schrager*
BRADLEY S. SCHRAGER, ESQ. (SBN 10217)
DANIEL BRAVO, ESQ. (SBN 13078)
6675 South Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Tele.: (702) 996-1724
Email: bradley@bravoschrager.com
Email: daniel@bravoschrager.com

*Attorneys for Movant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2024, a true and correct copy of this **MOTION FOR SUBSTITUTION AND TO BE DESIGNATED SUCCESSOR PLAINTIFF, PURSUANT TO FRCP 25(c)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By   */s/ Dannielle Fresaquez*
       Dannielle Fresquez, an Employee of
       BRAVO SCHRAGER LLP