Emily C. Mimnaugh (NV Bar #15287)
PACIFIC JUSTICE INSTITUTE, Nevada Office
1580 Grand Point Way #33171
Reno, NV 89533
Telephone: (916) 857-6900
Fax: (916) 857-6902
emimnaugh@pji.org
*Designated Resident Nevada Counsel for Defendants Woodbury and Rye*

James Bopp, Jr. (IN Bar #2838-84)*
    jboppjr@aol.com
Richard E. Coleson (IN Bar #11527-70)*
    rcoleson@bopplaw.com
Joseph D. Maughon (VA Bar #87799)*
    jmaughon@bopplaw.com
THE BOPP LAW FIRM, PC
1 South Sixth St.
Terre Haute, IN 47807-3510
Telephone: (812) 232-2434
*Admitted pro hac vice.
*Counsel for Defendants Woodbury and Rye*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Planned Parenthood Mar Monte, Inc.,<br>           Plaintiff,<br> v.<br>Aaron D. Ford, Nevada Attorney Gen.; Christopher J. Hicks, Washoe County Dist. Attorney; Jason D. Woodbury, Carson City Dist. Attorney; Arthur E. Mallory, Churchill County Dist. Attorney; Steven Wolfson, Clark County Dist. Attorney; Mark B. Jackson, Douglas County Dist. Attorney; Tyler Ingram, Elko County Dist. Attorney; Robert E. Glennen, III, Esmeralda County Dist. Attorney; Theodore Beutel, Eureka County Dist. Attorney; Kevin Pasquale, Humboldt County Dist. Attorney; William E. Schaeffer, Lander County Dist. Attorney; Dylan V. Frehner, Lincoln County Dist. Attorney; Stephen B. Rye, Lyon County Dist. Attorney; T. Jaren Stanton, Mineral County Dist. Attorney; Brian T. Kunzi, Nye County Dist. Attorney;us Bryce R. Shields, Pershing County Dist. Attorney; Anne Langer, Storey County Dist. Attorney; James S. Beecher, White Pine County Dist. Attorney,<br>           Defendants. | Case No. **3:85-cv-00331-ART-CSD**<br><br>**Notice of Filing of Petition for a Writ of Mandam**us |

Pursuant to Federal Rule of Appellate Procedure 21(a)(1) and LR 1A 7-1, Defendants Woodbury and Rye notice the Plaintiff and this Court that they have filed a Petition for a Writ of Mandamus in the United States Court of Appeals for the Ninth Circuit. The Petition and all attachments thereto are attached to this Notice as Exhibit A. A courtesy copy of this Petition and all attachments thereto have also been e-mailed to counsel of record and the court's administrator.

Dated: June 21, 2024

Respectfully submitted,

Emily C. Mimnaugh (NV Bar #15287)
PACIFIC JUSTICE INSTITUTE, Nevada Office
1580 Grand Point Way #33171
Reno, NV 89533
Telephone: (916) 857-6900
Fax: (916) 857-6902
emimnaugh@pji.org

*Designated Resident Nevada Counsel for Defendants Woodbury and Rye*

/s/ James Bopp, Jr.
James Bopp, Jr. (IN Bar #2838-84)*
  jboppjr@aol.com
Richard E. Coleson (IN Bar #11527-70)*
  rcoleson@bopplaw.com
Joseph D. Maughon (VA Bar #87799)*
  jmaughon@bopplaw.com
THE BOPP LAW FIRM, PC
The National Building
1 South Sixth St.
Terre Haute, IN 47807-3510
Telephone: (812) 232-2434
*Admitted pro hac vice.

*Counsel for Defendants Woodbury and Rye*

**Notice of Filing of Petition for
a Writ of Mandamus**                     2

## Certificate of Service

I hereby certify that on November 21, 2024, a true and correct copy of this *Notice of Filing of Petition for a Writ of Mandamus* was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ James Bopp, Jr.
James Bopp, Jr. (IN Bar #2838-84)*
jboppjr@aol.com
THE BOPP LAW FIRM, PC
The National Building
1 South Sixth St.
Terre Haute, IN 47807-3510
Telephone: (812) 232-2434
*Admitted pro hac vice.

*Counsel for Defendants Woodbury and Rye*
