UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

IN RE JASON D. WOODBUTY, Carson
City District Attorney; STEPHEN B. RYE,
Lyon County District Attorney,

_____

JASON D. WOODBUTY, Carson City
District Attorney and STEPHEN B. RYE,
Lyon County District Attorney,

        Petitioners,

  v.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA,
RENO,

        Respondent,

PLANNED PARENTHOOD MAR
MONTE, INC.,

        Real Party in Interest.

No. 24-7113

D.C. No.
3:85-cv-331
District of Nevada,
Reno

ORDER

Before: S.R. THOMAS, SILVERMAN, and GRABER, Circuit Judges.

Petitioners have not demonstrated a clear and indisputable right to the

extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir.

2021) ("To determine whether a writ of mandamus should be granted, we weigh

the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

**DENIED.**

24-7113