BRADLEY S. SCHRAGER, ESQ. (SBN 10217)
DANIEL BRAVO, ESQ. (SBN 13078)
BRAVO SCHRAGER LLP
6675 South Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Tele.: (702) 996-1724
Email: bradley@bravoschrager.com
Email: daniel@bravoschrager.com

HANNAH SWANSON, ESQ. *(admitted pro hac vice)*
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Ave NW, Suite 300
Washington, DC 20005
Email: hannah.swanson@ppfa.org

VALENTINA De FEX, ESQ. *(admitted pro hac vice)*
PLANNED PARENTHOOD FEDERATION OF AMERICA
123 William Street, Floor 9
New York, NY 10038
Email: valentina.defex@ppfa.org

*Attorneys for Movant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Planned Parenthood Mar Monte, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Aaron Ford, in his capacity as Nevada Attorney General, et al., <br><br> Defendants | Case No.: 3:85-cv-00331-ART-CSD <br><br> **NOTICE OF APPEAL** |

///

///

///

///

///

Notice is hereby given that Plaintiff Planned Parenthood Mar Monte, Inc. appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order entered on March 31, 2025, *See* [ECF No. 135].

Dated this 11th day of April, 2025.

**BRAVO SCHRAGER LLP**

By  */s/ Bradley S. Schrager*
BRADLEY S. SCHRAGER, ESQ. (SBN 10217)
DANIEL BRAVO, ESQ. (SBN 13078)
6675 South Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Tele.: (702) 996-1724
Email: bradley@bravoschrager.com
Email: daniel@bravoschrager.com

HANNAH SWANSON, ESQ. *(admitted pro hac vice)*
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Ave NW, Suite 300
Washington, DC 20005
Email: hannah.swanson@ppfa.org

VALENTINA De FEX, ESQ. *(admitted pro hac vice)*
PLANNED PARENTHOOD FEDERATION OF AMERICA
123 William Street, Floor 9
New York, NY 10038
Email: valentina.defex@ppfa.org

*Attorneys for Plaintiff,*
*Planned Parenthood Mar Monte, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April, 2025, a true and correct copy of this **NOTICE OF APPEAL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Dannielle Fresaquez*
Dannielle Fresquez, an Employee of
BRAVO SCHRAGER LLP