1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Planned Parenthood Monte Mar, Inc.

Plaintiff,

vs.

Aaron Ford, in his capacity as Nevada Attorney General, *et al.*,

Defendants.

Case No. 3:85-cv-00331-ART-CSD

ORDER ON PLAINTIFF'S MOTION TO SHORTEN TIME
(ECF No. 138)

11    Plaintiff Planned Parenthood Monte Mar has filed a motion to shorten time
12 for the parties to file their respective response and reply to Plaintiff's Motion to
13 Stay (ECF No. 138).

14    Having considered the motion, and finding good cause shown, Plaintiff's
15 motion (ECF No. 138) is hereby GRANTED.

16    It is therefore ordered that Defendants' response to Plaintiff's Motion to
17 Stay is due by April 21, 2025.

18    It is further ordered that Plaintiff's reply to Defendants' response is due by
19 April 25, 2025, at 9:00 a.m. PST.

20

21    Dated this 15th day of April 2025.

22
23
24
25

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

26
27
28

1