Emily C. Mimnaugh (NV Bar #15287)
PACIFIC JUSTICE INSTITUTE, Nevada Office
1580 Grand Point Way #33171
Reno, NV 89533
Telephone: (916) 857-6900
Fax: (916) 857-6902
Email: emimnaugh@pji.org

James Bopp, Jr. (IN Bar #2838-84)*
Email: jboppjr@aol.com
Richard E. Coleson (IN Bar #11527-70)*
Email: rcoleson@bopplaw.com
Joseph D. Maughon (VA Bar #87799)*
Email: jmaughon@bopplaw.com
THE BOPP LAW FIRM, PC
1 South Sixth St.
Terre Haute, IN 47807-3510
Telephone: (812) 232-2434
*Admitted pro hac vice.

*Counsel for Movant Defendants.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Planned Parenthood Mar Monte, Inc.,    ) | Case No.: **3:85-cv-00331-ART-CSD** |
|                                       ) | |
| Plaintiff,                            ) | |
|                                       ) | |
| v.                                    ) | |
|                                       ) | **Order Granting** |
| Aaron D. Ford, Nevada Attorney Gen.;  ) | **Substitution of Counsel** |
| Christopher J. Hicks, Washoe County   ) | **Pursuant to LR IA 11-6** |
| Dist. Attorney; Garrit S. Pruyt, Carson ) | |
| City Dist. Attorney; Arthur E. Mallory, ) | |
| Churchill County Dist. Attorney; Steven ) | |
| Wolfson, Clark County Dist. Attorney; ) | |
| Mark B. Jackson, Douglas County Dist. ) | |
| Attorney; Tyler Ingram, Elko County   ) | |

Substitution of Counsel

1

| | |
|---|---|
| 1 | Dist. Attorney; Robert E. Glennen, III, ) |
| 2 | Esmeralda County Dist. Attorney;   ) |
|   | Theodore Beutel, Eureka County Dist. ) |
| 3 | Attorney; Kevin Pasquale, Humboldt  ) |
|   | County Dist. Attorney; William E.    ) |
| 4 | Schaeffer, Lander County Dist. Attorney;) |
| 5 | Dylan V. Frehner, Lincoln County Dist. ) |
|   | Attorney; Stephen B. Rye, Lyon County ) |
| 6 | Dist. Attorney; T. Jaren Stanton, Mineral ) |
| 7 | County Dist. Attorney; Brian T. Kunzi, ) |
|   | Nye County Dist. Attorney; Bryce R.   ) |
| 8 | Shields, Pershing County Dist. Attorney; ) |
| 9 | Anne Langer, Storey County Dist.      ) |
|   | Attorney; James S. Beecher, White Pine ) |
| 10 | County Dist. Attorney,               ) |

Defendants.

Defendant Carson City District Attorney Garrit S. Pruyt and Defendant Lyon County District Attorney Stephen B. Rye ("Movant Defendants") in the above-captioned case by and through their counsel hereby substitute:

Name: Patricia D. Cafferata

NV Bar Number: 3690

Address: 2636 Edgerock Road, Reno, NV 89519

Tele.: (775) 825-2694

Email: pdcafferata1@sbcglobal.net

as their attorney of record and Designated Resident Nevada Counsel in place and stead of Emily C. Mimnaugh, pursuant to LR IA 11-6(c).

DATED: April 24, 2025        /s/ Garrit S. Pruyt
                             Garrit S. Pruyt
                             *Carson City District Attorney*
                             *Movant Defendant*

DATED: April 24, 2025        /s/ Stephen B. Rye
                             Stephen B. Rye
                             *Lyon County District Attorney*
                             *Movant Defendant*

I consent to the above substitution.

DATED: April 24, 2025        /s/ Emily C. Mimnaugh
                             Emily C. Mimnaugh
                             *Designated Resident Nevada Counsel*
                             *for Movant Defendants (current)*

I am duly admitted to practice in this District.
Above substitution accepted.

DATED: April 24, 2025        /s/ Patricia D. Cafferata
                             Patricia D. Cafferata
                             *Designated Resident Nevada Counsel*
                             *for Movant Defendants (new)*

Please check one: _✓_ RETAINED, ~~or ___ APPOINTED BY THE COURT~~.

**ORDER**

IT IS SO ORDERED.
DATED: April 24, 2025.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE