UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Planned Parenthood Monte Mar, Inc.<br><br>Plaintiff,<br>vs.<br><br>Aaron Ford, in his capacity as Nevada Attorney General, *et al.*,<br><br>Defendants. | Case No. 3:85-cv-00331-ART-CSD<br><br>ORDER LIFTING ADMINISTRATIVE STAY |

On April 25, 2025, the Court granted Plaintiff's motion for a temporary administrative stay of this Court's March 31, 2025 order (ECF No. 135) while Plaintiff sought a stay pending appeal from the Ninth Circuit. (ECF No. 147.)

Plaintiff filed a status update on July 22, 2025, notifying the Court that the Ninth Circuit denied its motion for a stay pending appeal. (ECF No. 149.)

It is therefore ordered that the temporary stay of this Court's order vacating the injunction against enforcement of NRS 442.255, 442.25555, and 442.257 (ECF No. 135) is lifted.

Dated this 22nd day of July 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1